MACON AND AUGUSTA RAILROAD COMPANY, plaintiff in error, *vs.* PHILOCLEA C. EVE, administratrix, defendant in error.

MACON AND AUGUSTA RAILROAD COMPANY, plaintiff in error, *vs.* THE EXECUTORS OF TURNER CLANTON, defendant in error.

Assumpsit. Before Judge Gibson. Richmond Superior Court. January Term, 1872.

The two foregoing cases, involving the same questions, were consolidated and heard together. Montgomery, Judge, prior to his coming upon the bench, having been appointed receiver of the estate of Turner Clanton, deceased, did not preside. Chief Justice Warner and McCay, Judge, failing to agree, the judgments of the Court below were ordered to stand affirmed.

JAMES S. HOOK, for plaintiff in error.

BARNES & CUMMING; CLAIBORNE SNEAD, for defendants.